UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************
DAVID TERRELL II,

        Plaintiff,

    v.

KILOLO KIJAKAZI,
COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
********************************

Civil Action No. 23-0618

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, so that if the ALJ orders additional evidence from a consultative examiner, medical expert and/or vocational expert, the claimant will be provided an opportunity for a hearing, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this   11th   day of   December   , 2023 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
Glenn T. Suddaby
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

                              CARLA B. FREEDMAN
                              United States Attorney


By:      /s Kristina Cohn_____
       Kristina Cohn
       Special Assistant United States Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       Phone:  212-264-2179
       Email: kristina.cohn@ssa.gov


                              OLINSKY LAW GROUP

By:   Howard D. Olinsky
       Attorney for Plaintiff
       Olinsky Law Group
       250 South Clinton Street
       Suite 210
       Syracuse, NY 13202
       Phone: 315-701-5780
       Email: holinsky@windisability.com